AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Nashay Black | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Civil Action No. | 1:23-mc-01472-MKB-TAM |
| 7714 ENTERTAINMENT, CORP. d/b/a CLUB VANITY GENTLEMEN'S CLUB | ) ) | | |
| *Defendant* | ) | | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: IRS (Internal Revenue Service)

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

All Documents that reveal the defendant's assets, bank accounts, the current location of assets, and EIN. 7714 Entertainment, Corp. doing business as Vanity Gentlemen's Club

| Place: Brooklyn, NY | Date and Time: 06/01/2023 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: 225 Cadman Plaza East, Brooklyn, NY 11201 | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.   SO ORDERED

Date: 06/01/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*      OR      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Nashay Black PRO-SE (Self-Representing)   Nashay Black, 353 East 141 Street Apt 4G, Bronx, NY 10454 , who issues or requests this subpoena, are: (718)404-2087 email address: blacknashay@yahoo.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).